Ting yan (Becky) Wu, Esq./TW2368
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey -- Newark

| In Re: | ) Chapter 7 |
|---|---|
| Gilda Tuazon, | ) Case No.: **13-12417** |
|  | ) Honorable Novalyn Winfield |
| Debtor. | ) |

Order Filed on 06/17/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

### ORDER GRANTING DEBTOR A VOLUNTARY DISMISSAL OF HER CHAPTER 7 BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 06/17/2013**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**Page 2**
Debtors: Gilda Tuazon
Case No. 13-12417
Caption:  **ORDER GRANTING DEBTOR A VOLUNTARY DISMISSAL OF HER CHAPTER 7 BANKRUPTCY CASE**
------------------------------------------------------------------

**WHEREAS,** this matter having been opened to the Court by Fitzgerald & Associates on behalf of the debtor on a Motion for a voluntary dismissal of debtor's Chapter 7 case, and good and sufficient cause appearing there from for the entry of this Order; IT IS

**ORDERED,** that debtor is hereby granted a voluntary dismissal of her Chapter 7 bankruptcy case.

*Approved by Judge Novalyn L. Winfield June 17, 2013*